## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **MATTHEW BAKER, et al.,** | § | |
| *Plaintiffs,* | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. A-22-CV-1249-RP** |
| | § | |
| **BRYAN COLLIER, et al.,** | § | |
| *Defendants.* | § | |

### DEFENDANTS' MOTION TO TRANSFER VENUE

# EXHIBIT B

# AFFIDAVIT REGARDING THE HOMETOWNS OF RELEVANT TEXAS DEPARTMENT OF CRIMINAL JUSTICE EXECUTIVES

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| **MATTHEW BAKER,** | § | |
| *Plaintiffs,* | § | |
| **v.** | § | **CIVIL ACTION NO. A-2-CV-1249-RP** |
| | § | |
| | § | |
| **BRYAN COLLIER,** *et al.,* | § | |
| *Defendants.* | § | |

## AFFIDAVIT OF BRITTENY SKAINS

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF WALKER | § |

BEFORE ME, the undersigned authority, on this day personally appeared **Britteny Skains**; and after being first duly sworn according to law, upon her oath, deposed and said:

"My name is Britteny Skains. I am over eighteen years of age and fully competent to make this affidavit. I am personally acquainted with the facts herein, and they are all true and correct. I am employed as an Executive Assistant to Bryan Collier who is the Executive Director for the Texas Department of Criminal Justice (TDCJ). I am making this affidavit in connection with the above-referenced lawsuit.

As an Executive Assistant in Mr. Collier's office, I am familiar with the TDCJ executives named as defendants in this lawsuit and where they maintain their personal residences. TDCJ Executive Director Bryan Collier, Deputy Executive Director Oscar Mendoza, and Director of the Correctional Institutions Division Bobby Lumpkin all reside in Walker County, Texas."

Further Affiant sayeth not.

BRITTENY SKAINS
Executive Assistant to Bryan Collier
Texas Department of Criminal Justice

SWORN TO AND SUBSCRIBED BEFORE ME, the undersigned notary public, on the 24th day of February, 2023.

NOTARY PUBLIC, STATE OF TEXAS

KARA ELAINE COFFEY
Notary Public-State of Texas
Notary ID #12877829-6
Commission Exp. OCT. 19, 2023
Notary without Bond