IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MATTHEW BAKER, et al., | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. A-22-CV-1249-RP |
| | § | |
| BRYAN COLLIER, et al., | § | |
| Defendants. | § | |

## AMENDED CERTIFICATE OF SERVICE RE: ECF NOS. 19-22

I, Austin K. Hamby, Assistant Attorney General of Texas, certify that a correct copy of the Defendants' Motion to Transfer Venue (ECF No. 19), Defendants' Corrected Motion to Transfer Venue (ECF No. 20), Defendants' Motion to Dismiss (ECF No. 21), and Defendants' Original Answer and Jury Demand (ECF No. 22) were served on Plaintiffs by placing it in the United States Mail, postage prepaid on April 18, 2023, addressed to:

| | |
|---|---|
| Matthew Baker - TDCJ #227525<br>*CMRRR 7017 2680 0000 5260 0213* | Robert Andrews – TDCJ #2214727<br>*CMRRR 7017 2680 0000 5260 0220* |
| Timothy Cone – TDCJ #1688760<br>*CMRRR 7017 2680 0000 5260 1210* | Allen Kerns – TDCJ #2303607<br>*CMRRR 7017 2680 0000 5260 1227* |
| James Elmore – TDCJ #2273850<br>*CMRRR 7017 2680 0000 5260 1234* | Adam Thomas – TDCJ #2254371<br>*CMRRR 7017 2680 0000 5260 1234* |
| William Oliver – TDCJ #2290434<br>*CMRRR 7017 2680 0000 5260 1258* | Seth Batterton – TDCJ #2154923<br>*CMRRR 7017 2680 0000 4260 1265* |
| Dannie Carter – TDCJ #2013581<br>*CMRRR 7017 2680 0000 5260 1272* | Juan Martinez – TDCJ # 2017980<br>*CMRRR 7017 2680 0000 5260 1289* |

Robertson Unit
12071 FM 3522
Abilene, Texas  79601

**/s/Austin K. Hamby**
**AUSTIN K. HAMBY**
Assistant Attorney General
Texas State Bar No. 24105304

Law Enforcement Defense Division
Office of the Attorney General
P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080 / (512) 370-9994 (Fax)
Austin.Hamby@oag.texas.gov