United States District Court
Western Distict of Texas
501 West 5th Street, Ste. 1100
Austin, Texas 78701

31st May 2023

RE: BAKER V. COLLIER, 1:22-CV-01249-RP-DH

RESUBMITTING **PLAINTIFFS' MOTION TO DEFENDANTS MOTION TO DISMISS**

To The District Clerk,

On or about 12th May 2023 I submitted two documents to this Court. They were:

> Plaintiffs' Response To Defendants Motion To Dismiss

> Plaintiffs' Response To Defendants Motion To Transfer Venue

Both documents were included in the same writ envelope and send by certified mail (Cert No. 7021 1970 0001 2988 5907).

However when my family checked the docket of this suit online, they informed me that it appeared that only the Response to the Motion To Transfer Venue was filed.

I do not know why this is the case, but out of an abundance of caution I am resubmitting the Response to the Motion To Dismiss. Could you please file this and present it to the Court.

If you require a sworn declaration or affidavit attesting that both documents where sent in the same writ envelope, please let me know and I will organize this.

Thank you for your time and understanding in this matter.


Respectfully Submitted,

Matthew Baker #2227525
Robertson Unit
12071 F.M. 3522
Abilene, Texas 79601

